PER CURIAM.
Affirmed. See generally Analytical Sys., Inc. v. ITT Commercial Fin. Corp., 696 F.Supp. 1469 (N.D.Ga.1986); David v. Manufacturers Hanover Trust Co., 59 Misc.2d 248, 298 N.Y.S.2d 847 (N.Y.App.Div.1969); see also Seidel Belt Corp. v. Kennedy Photo Engraving, Inc., 153 N.Y.S.2d 951 (N.Y.Sup.Ct.1956); National Processed Foods Corp. v. Rubel Corp., 265 A.D. 879, 38 N.Y.S.2d 40 (N.Y.App.Div.1942); Leav v. Weitzner, 268 A.D. 466, 51 N.Y.S.2d 775 (N.Y.App.Div.1944).
HERSEY, DELL and STONE, JJ., concur.